**Opinion issued December 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01009-CV

———————————

## IN RE RICHARD STEPHEN CALKINS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relator, Richard Stephen Calkins, seeks a writ of mandamus[1] to compel the respondent, the Honorable Christine Butts, to vacate her order of September 2, 2015, granting a motion to recuse.[2] The amended petition for writ of mandamus is denied. All pending motions are denied as moot.

---

[1] Calkins also filed a motion for emergency relief, which was denied on December 2, 2015.

[2] The underlying case is *In re Mary Olive Calkins*, cause number 441,165, pending in the Probate Court No 2 of Harris County, Texas, the Honorable Mike Wood presiding (Honorable Christine Butts voluntarily recused).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.